# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JAMES SCHNELLER,                          : No. 98 MM 2015
                                          :
                    Petitioner            :
                                          :
                                          :
                                          :
            v.                            :
                                          :
                                          :
                                          :
PROTHONOTARY, SUPREME COURT               :
OF PENNSYLVANIA,                          :
                                          :
                    Respondent            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of September, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and the Application to Proceed *In Forma Pauperis* are **DENIED**.